UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE COMMONWEALTH OF VIRGINIA**,<br>Plaintiff,<br><br>v.<br><br>**ERIC H. HOLDER, JR.**, in his official capacity as Attorney General of the United States, and **THE UNITED STATES OF AMERICA,** Defendants. | Civil Action No. 1:11cv00885<br>JDB-BMK-EGS |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
### ON GROUNDS OF MOOTNESS

Pursuant to Fed. R. Civ. P. 41, the plaintiff Commonwealth of Virginia files this Notice of Voluntary Dismissal on Grounds of Mootness.  In support thereof, the Commonwealth says as follows:

Pursuant to Fed. R. Civ. P. 41, a party may obtain the dismissal without prejudice of an action when the other party has not yet filed an answer.  The United States has not filed an answer in this case.  Therefore, voluntary dismissal is appropriate.  Moreover, on June 17, 2011, the United States Department of Justice filed its notice of Section 5 determination pursuant to 42 U.S.C. § 1973c (filed as Doc. 13).  In light of this determination, the case has become moot.

WHEREFORE, the Commonwealth of Virginia requests that this court dismiss this action without prejudice.

Respectfully submitted,

*/s/  E. Duncan Getchell, Jr.*
Counsel

| | |
|---|---|
| KENNETH T. CUCCINELLI, II<br>Attorney General of Virginia | CHARLES E. JAMES, JR.<br>Chief Deputy Attorney General |
| E. DUNCAN GETCHELL, JR.<br>Solicitor General of Virginia<br>dgetchell@oag.state.va.us | WESLEY G. RUSSELL, JR.<br>Deputy Attorney General |
| STEPHEN R. MCCULLOUGH<br>Senior Appellate Counsel | OFFICE OF THE ATTORNEY GENERAL<br>900 East Main Street<br>Richmond, Virginia 23219<br>Telephone: (804) 786-2436<br>Facsimile:  (804) 786-1991 |
| June 20, 2011 | *Counsel for Plaintiff*<br>   *Commonwealth of Virginia* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia, using its CM/ECF system, which will then electronically notify all CM/ECF participants in this case.

　　　　　　　　　　　　　　　　　　　 */s/ E. Duncan Getchell, Jr.*
　　　　　　　　　　　　　　　　　　　　　 Counsel

　　　　　　　　　　　　　　　　　　　 E. DUNCAN GETCHELL, JR.
　　　　　　　　　　　　　　　　　　　 Solicitor General of Virginia
　　　　　　　　　　　　　　　　　　　 dgetchell@oag.state.va.us

　　　　　　　　　　　　　　　　　　　 OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　 900 East Main Street
　　　　　　　　　　　　　　　　　　　 Richmond, Virginia 23219
　　　　　　　　　　　　　　　　　　　 Telephone: (804) 786-2436
　　　　　　　　　　　　　　　　　　　 Facsimile:  (804) 786-1991